RE: RAY A WOODS ) Case No. 16 B 29636
)
Debtor ) Chapter 13
)
) Judge: JACK B SCHMETTERER

## NOTICE OF MOTION

RAY A WOODS

9746 S TORRENCE AVE
CHICAGO, IL  60617

DAVID M SIEGEL
via Clerk's ECF noticing procedures

Please take notice that on February 19, 2020 at 10:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the person(s) named above by U.S. mail at  55 E Monroe St., Chicago, Il 60603 or by the methods indicated on February 05, 2020.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO OBJECT TO DISCHARGE

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to enter an order determining that debtor is not entitled to a discharge, stating as follows:

1. Debtor (s) filed the above-captioned Chapter 13 case on September 16, 2016.

2. The debtor(s) filed a previous Chapter 7 case, # 14-03766 filed on
Feb 06, 2014, discharge having been issued on Jun 02, 2014.

3. Pursuant to 11 U.S.C. § 1328 (f), "the court shall not grant a discharge of all debts provided for in the plan or disallowed under section 502, if the debtor received a discharge--
(1) in a case filed under chapter 7,11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or
(2) in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order."

WHEREFORE Trustee prays that the Court enter an order that the debtor or debtors are not entitled to a discharge.

Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE              /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900